UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CELIA G. | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 2:19-CV-76-JVB-SLC |
| | ) |
| ANDREW SAUL, Commissioner of the | ) |
| Social Security Administration, | ) |
|     Defendant. | ) |

## ORDER

This matter is before the Court on a Complaint [DE 1] filed on February 25, 2019, and on an Opening Brief [DE 17] filed on August 16, 2019. Both documents were filed by Plaintiff Celia G. The Court referred this case to Magistrate Judge Susan Collins for a report and recommendation under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72-1. [DE 14]. Judge Collins issued her Report and Recommendation on January 9, 2020. [DE 22]. The parties were given notice that they had fourteen days in which to file objections to the report and recommendation. No party has filed objections.

Judge Collins recommends that the Court (1) reverse the Commissioner's decision to deny Plaintiff disability insurance benefits and supplemental security income and (2) remand this case to the Commissioner for further proceedings because the ALJ erred in determining Plaintiff's residual functional capacity.

Having reviewed the report and recommendation, the Court finds no clear error. Therefore, noting the lack of objection, the Court hereby **ADOPTS** in its entirety Judge Collins's Report and Recommendation [DE 22] and incorporates Judge Collins's Report and Recommendation into this Order. Accordingly, the Court **GRANTS** the relief requested in the Opening Brief [DE 17], **REVERSES** the final decision of the Commissioner of Social Security, and **REMANDS** this

matter for further proceedings consistent with this Order and the incorporated Report and Recommendation of Judge Collins.

SO ORDERED on January 28, 2020.

s/ Joseph S. Van Bokkelen  
JOSEPH S. VAN BOKKELEN, JUDGE  
UNITED STATES DISTRICT COURT